LEHMAN, Respondent, v. ABBETT et al., Appellants. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Edgar Lehman against Leon Abbett, impleaded, etc. A. L. Davis, for appellants. F. Wiener, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

LEIGHTON, Respondent, v. DUNN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by John Leighton against George W. Dunn and the American Nickel Company. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

In re LEONARD. (Supreme Court, Appellate Division, First Department. December 28, 1906.) In the matter of Henry W. Leonard, an attorney. No opinion. Reference ordered. Settle order on notice.

LEVY, Appellant, v. KNEPPER et al., Respondents. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Louis Levy against Sophie Knepper and others. Harry A. Gordon, for appellant. J. Rosenzweig, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LEWIS, Appellant, v. LEWIS et al., Respondents. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Appeal from Special Term. Action by Sarah D. Lewis against John A. Lewis and others to compel specific performance of a separation agreement. From a judgment dismissing the complaint, plaintiff appeals. Modified and affirmed. George L. Shearer, for appellant. Evarts, Tracy & Sherman (Thomas T. Sherman and J. Evarts Tracy, of counsel), for respondent.

PER CURIAM. We are in entire accord with the conclusion reached by the learned judge at Special Term, and agree that the complaint should be dismissed. The judgment, however, as entered might prove embarrassing, if not conclusive, if any other action, as suggested, should be instituted by reason of certain unnecessary adjudications therein contained. The judgment should therefore be modified by striking out all of its provisions after the recitals, and inserting in lieu thereof, "It is adjudged that the complaint be, and the same is hereby, dismissed, without costs to any party against the other," and, as modified, affirmed, without costs.

LIEBERMANN, Respondent, v. DAUB et al., Appellants. (Supreme Court, Appellate Division, First Department. November 23, 1906.) Action by Bennett Liebermann against Margaret Daub, impleaded. E. Hymes, for appellants. C. R. Freeman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LOCKHART v. HAMLIN, (Supreme Court, Appellate Division, Fourth Department. December 5, 1906.) Action by Cassius A. Lockhart against William Hamlin.

PER CURIAM. Plaintiff's exceptions overruled, and motion for new trial denied, with costs to the defendant, and judgment ordered for the defendant on the nonsuit.

WILLIAMS, J., dissents, on the ground that the facts upon which the court granted the nonsuit presented questions for the jury, and not for the court.

LONG ISLAND REALTY CO., Appellant, v. BROOKLYN & LONG ISLAND REALTY CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by the Long Island Realty Company against the Brooklyn & Long Island Realty Company. No opinion. Order affirmed, with $10 costs and disbursements.

LOWE, Appellant, v. CROCKER, Respondent. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Thaddeus S. C. Lowe against George Crocker. E. S. Hatch, for appellant. E. D. Hawkins, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

LOWE, Appellant, v. ISAAC H. BLANCHARD CO., Respondent. (Supreme Court. Appellate Division, First Department. November 23, 1906.) Action by Mary A. Lowe, as executrix, against the Isaac H. Blanchard Company. H. B. Philbrook, for appellant. H. Aplington, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

LUTFY, Appellant, v. NASSAR et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 21, 1906.) Action by Deeb Lutfy against Shakir Nassar and others. No opinion. Motion to dismiss appeal granted, with costs.

LYTHGOE, Appellant, v. LYTHGOE, Respondent. (Supreme Court, Appellate Division, Second Department. November 21, 1906.) Action by Susie A. Lythgoe against Peter Lythgoe. No opinion. Judgment affirmed, without costs.

McCABE, Appellant, v. LYNCH et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Mary Teresa McCabe against Thomas J. Lynch and William F. Lynch, individually, and as trustees, etc. No opinion. Order affirmed, with $10 costs and disbursements.

McCARTHY v. PENNSYLVANIA R. CO. (Supreme Court, Appellate Division, Fourth Department. November 11, 1906.) Action by Daniel F. McCarthy against the Pennsylvania Railroad Company. Verdict was directed for defendant, and plaintiff moves for new trial on exceptions ordered to be heard in the first instance in the Appellate Division. Exceptions